STONE, Appellant, v. TOWN OF RUSH, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by Glenn W. Stone against the town of Rush. No opinion. Judgment of county court affirmed, with costs.

STONEY, Respondent, v. SALZMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Horace Stoney against Esther Salzman and Israel Salzman. No opinion. Judgment and order unanimously affirmed, with costs.

STRAIT et al., Respondents, v. FRANK, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Cornelius W. Strait and Erastus Jones against Charles Frank. No opinion. Judgment of the county court affirmed, with costs.

STRAUSS, Respondent, v. STRAUSS, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Estelle L. Strauss against Baldwin F. Strauss. M. M. Menken, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STROBECK, Appellant, v. BORST, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Barnabus Strobeck against Emma Borst. No opinion. Judgment unanimously affirmed, with costs.

STROBECK, Appellant, v. BORST, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Barnabus Strobeck against Emma Borst. No opinion. Motion denied, on the ground that permission is not required.

STUYVESANT v. EARLY. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Suit by Augustus Van Horne Stuyvesant against Mary A. Early. From a judgment in favor of plaintiff, defendant appeals. Affirmed. William H. Stockwell, for appellant. Henry De Forest Baldwin, for respondent.

PER CURIAM. The question presented on this appeal was before this court on the appeal from the order containing the injunction (58 App. Div. 242, 68 N. Y. Supp. 752), and for the reasons there stated the judgment appealed from is affirmed, with costs.

SUGDEN et al., Appellants, v. MAGNOLIA METAL CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by John Sugden and another against the Magnolia Metal Company. L. A. Gould, for appellants. A. S. Bacon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SULLIVAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Patrick Sullivan against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

TAYLOR et al., Appellants, v. DALY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Hinman S. Taylor and another against William Daly.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon condition that the plaintiffs, within 10 days after service of a copy of this decision, make and file with the clerk of Monroe county the stipulation recited in the order appealed from; otherwise, order affirmed, with $10 costs and disbursements.

TAYLOR WORSTED CO., Respondent, v. BEOLCHI, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by the Taylor Worsted Company against Vincent M. Beolchi. T. D. Kenneson, for appellant. J. L. Wilkes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

TOAL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Elizabeth A. Toal, individually, etc., against the city of New York. G. L. F. Rohan, for appellant. T. Connoly, for respondent. No opinion. Judgment (69 N. Y. Supp. 454) affirmed, with costs.

In re TREDWELL. (Supreme Court, Appellate Division, First Department. December 13, 1901.) In the matter of Edgar A. Tredwell. No opinion. Motion denied, with $10 costs.

TRIPP, Respondent, v. CHESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Cora Chester Tripp against George T. Chester, individually, etc., and others. No opinion. Interlocutory judgment affirmed, with costs.

RUMSEY, J., not sitting.

TUCKER et al., Respondents, v. MACK PAV. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Arthur C. Tucker and James P. McQuaide against the Mack Paving Company of New York. No opinion. Motion to resettle order granted.

TULLY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by James Tully against the Metropolitan Street Railway Company. T. H. Lord, for appellant. I. N. Williams, for respondent. No opinion. Judgment and order affirmed, with costs.